STATE, by Indictment, *vs.* JAMES A. DUANE. (Two cases.)

Lincoln County. Decided September 9, 1916. Indictment against respondent as common seller of intoxicating liquors. The indictment is in the precise form prescribed by statute. We have no doubt of its sufficiency. Exceptions overruled. Judgment for the State. *James B. Perkins,* County Attorney, for the State. *J. H. Montgomery,* for respondent.